**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Wynne Transportation LLC

          Plaintiff,

v.                   Case No.: 1:24−cv−00171
                  Honorable John J. Tharp Jr.

City of Chicago

          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, January 12, 2024:

  MINUTE entry before the Honorable John J. Tharp, Jr:Attorney Hamad Moradi's motion for leave to appear pro hac vice [4] is granted. Counsel is directed to file his appearance on behalf of the plaintiff. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.