AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

ASSIGNED JUDGE: Hon. Judge John J. Tharp. Jr.

DESIGNATED MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_/s/ Emily Wirtz_

(By) DEPUTY CLERK

January 11, 2024

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |
| *Check one box below to indicate appropriate method of service* | |

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                    Date                  *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 1-17-2024 |
| NAME OF SERVER (PRINT) KELLY KIRCHHOFF | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): SERVED VIA THE CITY CLERK, SERVED TONI PACHECO-RECEPTIONIST. SERVED AT 121 N LASALLE ROOM 107 CHICAGO, IL 60602.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 1/19/2024

Signature of Server

Address of Server: 21215 S. 93rd AVE FRANKFORT, IL 60423

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

4252572

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Wynne Transportation LLC, | Plaintiff(s) | |
| | VS. | |
| | | Court No.: 1:24-cv-00171 |
| City of Chicago, | | |
| | Defendant(s) | |

### AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Kelly Kirchhoff, depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465 appointed by the court to serve process in the above referenced case. Following are the results of my efforts to serve process in the above captioned case:

Type of Process: Summons In a Civil Case and COMPLAINT, REQUEST FOR DECLARATORY JUDGMENT, AND REQUEST FOR INJUNCTIVE RELIEF

Defendant to be served: City of Chicago

ADDRESS WHERE ATTEMPTED OR SERVED:  Anna M. Valencia, City Clerk, 121 North LaSalle St., Room 107
Chicago, IL, 60602

I **SERVED** the within named defendant on: 1/17/2024 11:05 AM

**X CORPORATE OR GOVERNMENT SERVICE** by leaving a copy of this process with Toni Pacheco, (Title): Receptionist, a person authorized to accept service and informed that person of the contents thereof.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
 Age: 60s  Gender: Female  Race: Hispanic  Height: Sitting  Weight: 126-150  Hair: Brown  Glasses: Yes

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

*Kelly Kirchhoff*

kelly kirchhoff, Process Server
Electronically Signed: 01/19/2024 20:36 UTC


Kelly Kirchhoff
Printed Name
Process Server
Title



919247_4252570_0_23__V4

Page 1 of 1

File Number: 1EP011624
Reference Number: 4252570
Case Number: 1:24-cv-00171
Client: Esbrook P.C.
Doc Generated: 01/18/2024 11:36:14:851 AM