# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Wynne Transportation LLC

                                 Plaintiff,

v.                                                                Case No.: 1:24–cv–00171

                                                                           Honorable John J. Tharp Jr.

City of Chicago

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 9, 2024:

       MINUTE entry before the Honorable John J. Tharp, Jr:The defendant's motion to dismiss the plaintiff's complaint [17] is taken under advisement. The plaintiff's response is due by 02/29/2024; the defendant's reply is due by 03/14/2024. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.